# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
HICKS, GEORGE § Case No. 10-03637
HICKS, PATRICIA A §
 §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/23/2012 in Courtroom 201,
        United States Courthouse
        Will County Court Annex Building
        57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2012          By: /s/ Michael G. Berland
                                                        Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
HICKS, GEORGE § Case No. 10-03637
HICKS, PATRICIA A §
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,503.16 |
| and approved disbursements of | $ | 125.00 |
| leaving a balance on hand of[1] | $ | 8,378.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,475.32 | $ 0.00 | $ 1,475.32 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,475.32 |
| Remaining Balance | | $ | 6,902.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,120.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 15,647.30 | $ 0.00 | $ 884.46 |
| 000002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 2,487.66 | $ 0.00 | $ 140.61 |
| 000003 | American Infosource Lp<br>As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 1,132.38 | $ 0.00 | $ 64.01 |
| 000004 | American Infosource Lp<br>As Agent for Wfnnb<br>As Assignee of<br>Lane Bryant<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ 501.34 | $ 0.00 | $ 28.34 |
| 000005 | American InfoSource LP<br>as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 17,091.43 | $ 0.00 | $ 966.09 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | $ 678.48 | $ 0.00 | $ 38.35 |
| 000007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 1,102.80 | $ 0.00 | $ 62.34 |
| 000008 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 6,843.04 | $ 0.00 | $ 386.80 |
| 000009 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 18,765.61 | $ 0.00 | $ 1,060.72 |
| 000010 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 3,446.78 | $ 0.00 | $ 194.83 |
| 000011 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 11,470.64 | $ 0.00 | $ 648.38 |
| 000012 | HSBC Bank Nevada, N.A. by PRA Receivables Management, LLC PO Box 12907 Norfolk VA 23541 | $ 758.11 | $ 0.00 | $ 42.85 |
| 000013 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 224.04 | $ 0.00 | $ 12.66 |
| 000014 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 2,146.32 | $ 0.00 | $ 121.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 687.50 | $ 0.00 | $ 38.86 |
| 000016 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 746.34 | $ 0.00 | $ 42.19 |
| 000017 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ 341.13 | $ 0.00 | $ 19.28 |
| 000018 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 216.45 | $ 0.00 | $ 12.23 |
| 000019 | American InfoSource LP as agent for WFCB<br> as assignee of<br>Blair<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ 443.71 | $ 0.00 | $ 25.08 |
| 000020 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ 8,529.66 | $ 0.00 | $ 482.14 |
| 000021 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ 8,177.16 | $ 0.00 | $ 462.21 |
| 000022 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 13,188.86 | $ 0.00 | $ 745.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 604.46 | $ 0.00 | $ 34.17 |
| 000024 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,956.80 | $ 0.00 | $ 110.61 |
| 000025 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,462.95 | $ 0.00 | $ 82.69 |
| 000026 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 766.29 | $ 0.00 | $ 43.31 |
| 000027 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 2,272.46 | $ 0.00 | $ 128.46 |
| 000028 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 430.78 | $ 0.00 | $ 24.35 |

Total to be paid to timely general unsecured creditors $ 6,902.84

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 10-03637-BWB
George Hicks                                                  Chapter 7
Patricia A Hicks
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                 Page 1 of 3                   Date Rcvd: Feb 17, 2012
                              Form ID: pdf006             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
db/jdb       +George Hicks,    Patricia A Hicks,    14114 Naperville Rd,    Plainfield, IL 60544-3328
15109829      AARP/Chase Card Services,    PO box 15298,    Wilmington, DE 19850-5298
15037633      AT&T Universal Card,    Cardmember Services,    PO Box 44183,    Jacksonville, FL 32231-4183
15037631      American Express,    PO Box 981535,    El Paso, TX 79998-1535
16857279      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16832834      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17542507      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
15037632     +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
15037635      Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
15037636     +Blair Catalog,    PO Box 29239,    Mission, KS 66201-9239
15037639      CBUSA SEARS,    133200 Smith Road,    Cleveland, OH 44130
15037637      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
15037638      Cardmember Services,    PO Box 15298,    Wilmington, DE 19850-5298
15037640     +Chase Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16677246      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16839187     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15037641      Citi Cards,    Box 6000,    The Lakes, NV 89163-6000
15037642      Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15109830      Citibank SD,    c/o Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
15037652     +HSBC Bank,    PO Box 98706,    Las Vegas, NV 89193-8706
16716940     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
15037649      Home Depot Credit Services,    PO Box 9100,    Des Moines, IA 50368
15037650      Household Finance,    PO Box 4153,    Carol Stream, IL 60197-4153
15037651     +Household Finance Corp,    PO Box 3425,    Buffalo, NY 14240-3425
15037655     +Lane Bryant Retail,    450 WinksLane,    Bensalem, PA 19020-5943
15037657     +Macy’s,    9111 Duke Blvd,    Mason, OH 45040-8999
15037658     +Menards/Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
15109832      People’s Gas,    130 E Randolph 17th Floor,    Chicago, IL 60601-6207
15037663    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint,    PO Box 15955,    Lenexa, KS 66285-5955)
15037661      Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
15037662      Shell Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15037664    #+Target National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
16987494    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
15037666     +Wells Fargo Financial Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16961481      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2012 04:43:26
               American InfoSource LP as agent for WFCB,    as assignee of,    Blair,    PO Box 248872,
               Oklahoma City, OK  73124-8872
16654262      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2012 04:43:25
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16648680      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2012 04:43:26
               American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16648691      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2012 04:43:29
               American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Lane Bryant,    PO Box 248872,
               Oklahoma City, OK  73124-8872
17047266      E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2012 04:15:30      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15037644      E-mail/Text: Bankruptcy@icsystem.com Feb 18 2012 04:43:07      ComEd,    c/o IC System,
               444 Hwy 96 East PO Box 64378,    Saint Paul, MN 55164-0378
15109831      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47      Discover,    PO Box 30943,
               Salt Lake City, UT 84130
15037645      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47      Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850
16637581      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15037646      E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30      Exxon Mobil,    PO Box 981064,
               El Paso, TX 79998-1064
17029731      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2012 04:43:26
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15037647     +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:29      GE Capital,    PO Box 6151,
               Rapid City, SD 57709-6151
15037648     +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30      GE Money Bank,    Bankruptcy Dept,
               PO Bpx 103104,    Roswell, GA 30076-9104
17037695      E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1           User: wepps                 Page 2 of 3                    Date Rcvd: Feb 17, 2012
                               Form ID: pdf006             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15037653      +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     JC Penney,   PO Box 981131,
               El Paso, TX 79998-1131
15037654      +E-mail/PDF: cr-bankruptcy@kohls.com Feb 18 2012 04:16:00      Kohls,   PO Box 2983,
               Milwaukee, WI 53201-2983
15037656      +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     Lowe's/GE Money Bank,
               Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
15037660      +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     Sams Club/MBGA,   PO Box 29116,
               Shawnee Mission, KS 66201-1416
15109833       E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:29     Walmart,   PO Box 981064,
               El Paso, TX 79998-1064
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16832837*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16832835*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16832836*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15037665*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,   Cardmember Services,   PO Box 6352,   Fargo, ND 58125-6352)
15037634       ##Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
15037643       ##+Citifinancial,   PO Box 499,   Hanover, MD 21076-0499
15037659       ##Retail Services,   PO Box 15521,   Wilmington, DE 19850-5521
                                                                                    TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**            **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: wepps                Page 3 of 3                  Date Rcvd: Feb 17, 2012
                               Form ID: pdf006            Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:

    Alonzo H Zahour  on behalf of Debtor George Hicks ahzlawyer@aol.com
    Michael G Berland  einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
                                                     TOTAL: 3