## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HICKS, GEORGE | § | Case No. 10-03637 |
| HICKS, PATRICIA A | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000016 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000015 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000014 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000013 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000019 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000028 | CAPITAL RECOVERY IV LLC | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000017 | CHASE BANK USA,N.A | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000022 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000027 | GE MONEY BANK | | | | | |
| 000026 | GE MONEY BANK | | | | | |
| 000025 | GE MONEY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | GE MONEY BANK | | | | | |
| 000023 | GE MONEY BANK | | | | | |
| 000012 | HSBC BANK NEVADA, N.A. | | | | | |
| 000021 | U.S. BANK N.A. | | | | | |
| 000020 | U.S. BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No:        10-03637    BL   Judge: Bruce W. Black | Trustee Name:                MICHAEL G. BERLAND |
| Case Name:     HICKS, GEORGE | Date Filed (f) or Converted (c):   01/29/10 (f) |
|                        HICKS, PATRICIA A | 341(a) Meeting Date:          03/04/10 |
| For Period Ending:  08/21/12 | Claims Bar Date:               04/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2006 Kia sportage-scheduled | 10,650.00 | 8,500.00 | | 8,500.00 | FA |
| 2. 14112 Naperville, Plainfiled-scheduled | 216,500.00 | 0.00 | | 0.00 | FA |
| 3. 4440 W. Maypole, Chicago-scheduled | 136,000.00 | 0.00 | | 0.00 | FA |
| 4. US Bank checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel-scheduled | 700.00 | 0.00 | | 0.00 | FA |
| 7. Rabbit coat & jewelry-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 8. 2 bicycles-scheduled | 25.00 | 0.00 | | 0.00 | FA |
| 9. National Life-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 11. 1997 Lincon Continetal-scheduled | 2,525.00 | 0.00 | | 0.00 | FA |
| 12. 1997 Dodge Ram-scheduled | 725.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.11 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $368,325.00 | $8,500.00 | | $8,503.11 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to Compromise His Interest In A Vehicle, which Motion was granted.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit 9

| Case No: | 10-03637 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HICKS, GEORGE | Bank Name: | The Bank of New York Mellon |
| | HICKS, PATRICIA A | Account Number / CD #: | *******5565  Money Market Account |
| Taxpayer ID No: | *******8154 | | |
| For Period Ending: | 08/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/10 | 1 | Law Office of Alonzo Zahour | Payment for interest in Kia per court order | 1129-000 | 8,500.00 | | 8,500.00 |
| | | | DEPOSIT CHECK #591 | | | | |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 8,500.06 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,500.57 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 8,501.05 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,501.56 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 8,502.06 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,502.12 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,502.19 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,502.25 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,502.32 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,502.39 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,502.45 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,502.52 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,502.58 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,502.65 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,502.71 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,502.78 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,502.85 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,477.85 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,477.91 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,452.91 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,452.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,427.98 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,428.04 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,403.04 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,403.11 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,378.11 |

Page Subtotals        8,503.11        125.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 10-03637  -BL |
| Case Name: | HICKS, GEORGE |
| | HICKS, PATRICIA A |
| Taxpayer ID No: | *******8154 |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5565  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 8,378.16 |
| 01/25/12 | | Transfer to Acct #*******5262 | Bank Funds Transfer | 9999-000 | | 8,378.16 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 8,503.16 | 8,503.16 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 8,378.16 | |
| Subtotal | | 8,503.16 | 125.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 8,503.16 | 125.00 | |

Page Subtotals          0.05          8,378.16

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 10-03637 -BL |
| Case Name: | HICKS, GEORGE |
| | HICKS, PATRICIA A |
| Taxpayer ID No: | *******8154 |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5566  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-03637  -BL | |
| Case Name: | HICKS, GEORGE | |
| | HICKS, PATRICIA A | |
| Taxpayer ID No: | *******8154 | |
| For Period Ending: | 08/21/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5262  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| * | 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -0.05 | | -0.05 |
| * | 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 0.05 | | 0.00 |
| | 01/25/12 | | Transfer from Acct #*******5565 | Bank Funds Transfer | 9999-000 | 8,378.16 | | 8,378.16 |
| | 03/30/12 | 001001 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Compensation/Expense | 2100-000 | | 1,475.32 | 6,902.84 |
| | 03/30/12 | 001002 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 5.65241% | 7100-000 | | 884.45 | 6,018.39 |
| | 03/30/12 | 001003 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 5.65230% | 7100-000 | | 140.61 | 5,877.78 |
| | 03/30/12 | 001004 | American Infosource Lp As Agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000003, Payment 5.65270% | 7100-000 | | 64.01 | 5,813.77 |
| | 03/30/12 | 001005 | American Infosource Lp As Agent for Wfnnb As Assignee of Lane Bryant PO Box 248872 Oklahoma City, OK 73124-8872 | Claim 000004, Payment 5.65285% | 7100-000 | | 28.34 | 5,785.43 |
| | 03/30/12 | 001006 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 000005, Payment 5.65242% | 7100-000 | | 966.08 | 4,819.35 |
| | 03/30/12 | 001007 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 | Claim 000006, Payment 5.65234% | 7100-000 | | 38.35 | 4,781.00 |

Page Subtotals          8,378.16          3,597.16

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 10-03637  -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HICKS, GEORGE | Bank Name: | Congressional Bank |
| | HICKS, PATRICIA A | Account Number / CD #: | *******5262  Checking Account |
| Taxpayer ID No: | *******8154 | | |
| For Period Ending: | 08/21/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8840 | | | | | |
| 03/30/12 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 5.65288% | 7100-000 | | 62.34 | 4,718.66 |
| 03/30/12 | 001009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 5.65246% | 7100-000 | | 386.80 | 4,331.86 |
| 03/30/12 | 001010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 5.65247% | 7100-000 | | 1,060.72 | 3,271.14 |
| 03/30/12 | 001011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 5.65252% | 7100-000 | | 194.83 | 3,076.31 |
| 03/30/12 | 001012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 5.65243% | 7100-000 | | 648.37 | 2,427.94 |
| 03/30/12 | 001013 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Claim 000012, Payment 5.65221% | 7100-000 | | 42.85 | 2,385.09 |
| 03/30/12 | 001014 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000013, Payment 5.65078% | 7100-000 | | 12.66 | 2,372.43 |
| 03/30/12 | 001015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000014, Payment 5.65247% | 7100-000 | | 121.32 | 2,251.11 |
| 03/30/12 | 001016 | American Express Centurion Bank<br>c o Becket and Lee LLP | Claim 000015, Payment 5.65236% | 7100-000 | | 38.86 | 2,212.25 |

Page Subtotals          0.00          2,568.75

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Page: 6

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:            10-03637  -BL
Case Name:          HICKS, GEORGE
                    HICKS, PATRICIA A
Taxpayer ID No:     *******8154
For Period Ending: 08/21/12

Trustee Name:               MICHAEL G. BERLAND
Bank Name:                  Congressional Bank
Account Number / CD #:      *******5262  Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 3001 Malvern, PA 19355-0701 | | | | | |
| 03/30/12 | 001017 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000016, Payment 5.65292% | 7100-000 | | 42.19 | 2,170.06 |
| 03/30/12 | 001018 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000017, Payment 5.65180% | 7100-000 | | 19.28 | 2,150.78 |
| 03/30/12 | 001019 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000018, Payment 5.65027% | 7100-000 | | 12.23 | 2,138.55 |
| 03/30/12 | 001020 | American InfoSource LP as agent for WFCB  as assignee of Blair PO Box 248872 Oklahoma City, OK 73124-8872 | Claim 000019, Payment 5.65234% | 7100-000 | | 25.08 | 2,113.47 |
| 03/30/12 | 001021 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Claim 000020, Payment 5.65239% | 7100-000 | | 482.13 | 1,631.34 |
| 03/30/12 | 001022 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Claim 000021, Payment 5.65245% | 7100-000 | | 462.21 | 1,169.13 |
| 03/30/12 | 001023 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000022, Payment 5.65250% | 7100-000 | | 745.50 | 423.63 |
| 03/30/12 | 001024 | GE Money Bank | Claim 000023, Payment 5.65298% | 7100-000 | | 34.17 | 389.46 |

Page Subtotals          0.00          1,822.79

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 7

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-03637 -BL |
| Case Name: | HICKS, GEORGE |
| | HICKS, PATRICIA A |
| Taxpayer ID No: | *******8154 |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5262 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | 001025 | c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 GE Money Bank | Claim 000024, Payment 5.65260% | 7100-000 | | 110.61 | 278.85 |
| 03/30/12 | 001026 | c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 GE Money Bank | Claim 000025, Payment 5.65228% | 7100-000 | | 82.69 | 196.16 |
| 03/30/12 | 001027 | c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 GE Money Bank | Claim 000026, Payment 5.65191% | 7100-000 | | 43.31 | 152.85 |
| 03/30/12 | 001028 | c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 GE Money Bank | Claim 000027, Payment 5.65246% | 7100-000 | | 128.45 | 24.40 |
| 03/30/12 | 001029 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000028, Payment 5.65254% | 7100-000 | | 24.35 | 0.05 |
| 04/17/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-000 | -0.05 | | 0.00 |

| | | | | Page Subtotals | -0.05 | 389.41 | |

Ver: 16.06d

FORM 2

Page: 8

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-03637 -BL |
| Case Name: | HICKS, GEORGE |
| | HICKS, PATRICIA A |
| Taxpayer ID No: | *******8154 |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5262 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,378.11 | 8,378.11 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 8,378.16 | 0.00 | |
| | | | Subtotal | | -0.05 | 8,378.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | -0.05 | 8,378.11 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******5565 | 8,503.16 | 125.00 | 0.00 |
| Checking Account - *******5566 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5262 | -0.05 | 8,378.11 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,503.11 | 8,503.11 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*